## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Seton, Lydia S
Seton, Thomas B
Printed: 7/29/08

Case Number:  04 B 03706
Judge:  Wedoff, Eugene R
Filed:  2/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  May 22, 2008
Confirmed:  April 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,612.38 |  |
| Secured: |  | 15,827.10 |
| Unsecured: |  | 48.65 |
| Priority: |  | 2,079.94 |
| Administrative: |  | 2,494.40 |
| Trustee Fee: |  | 1,124.58 |
| Other Funds: |  | 37.71 |
| Totals: | 21,612.38 | 21,612.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,494.40 | 2,494.40 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Key Bank USA National Association | Secured | 15,544.10 | 15,544.10 |
| 4. | Citizens Financial Services | Secured | 283.00 | 283.00 |
| 5. | Internal Revenue Service | Priority | 2,079.94 | 2,079.94 |
| 6. | Illinois Student Assistance Commission | Unsecured | 382.49 | 23.34 |
| 7. | Cash To Go | Unsecured | 151.06 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 415.29 | 25.31 |
| 9. | Quick Payday | Unsecured | 42.98 | 0.00 |
| 10. | Nationwide Acceptance Corp | Unsecured | 65.05 | 0.00 |
| 11. | Key Bank USA National Association | Unsecured | 200.78 | 0.00 |
| 12. | A All Financial | Unsecured | 205.80 | 0.00 |
| 13. | Cash America Financial Services | Unsecured | 90.51 | 0.00 |
| 14. | Credit Acceptance Corp | Unsecured | 870.32 | 0.00 |
| 15. | National Quick Cash | Unsecured | 28.95 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 5.04 | 0.00 |
| 17. | A All Payday Loan Company Inc | Unsecured | | No Claim Filed |
| 18. | Cash To Go | Unsecured | | No Claim Filed |
| 19. | Cash To Go | Unsecured | | No Claim Filed |
| 20. | Comcast | Unsecured | | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 22. | One Iron Ventures | Unsecured | | No Claim Filed |
| 23. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 24. | One Iron Ventures | Unsecured | | No Claim Filed |
| 25. | Pay Day Loans | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Seton, Lydia S

Seton, Thomas B

Printed:  7/29/08

Case Number:  04 B 03706

Judge:  Wedoff, Eugene R

Filed:  2/2/04

| | | | |
|---|---|---|---|
| 26. | Pay Day Loans | Unsecured | No Claim Filed |
| 27. | Pay Day Loans | Unsecured | No Claim Filed |
| 28. | USA Payday Loans | Unsecured | No Claim Filed |
| 29. | USA Payday Loans | Unsecured | No Claim Filed |

$ 22,859.71          $ 20,450.09

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 106.10 |
| 4% | 70.07 |
| 6.5% | 245.40 |
| 3% | 39.30 |
| 5.5% | 239.29 |
| 5% | 65.49 |
| 4.8% | 136.97 |
| 5.4% | 221.96 |
| | $ 1,124.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

